

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of K.R.G., Jr., a child,      * From the 326th District Court
                                              of Taylor County,
                                              Trial Court No. 7719-CX.

No. 11-16-00025-CV                            * July 20, 2016

                                              * Memorandum Opinion by Bailey, J.
                                                (Panel consists of: Wright, C.J.,
                                                Bailey, J., and Countiss, sitting by
                                                assignment)
                                                (Willson, J., not participating)

        This court has inspected the record in this cause and concludes that there
is no error in the order below.   Therefore, in accordance with this court's
opinion, the order of the trial court is in all things affirmed.